Michael T. Risher (CA SBN 191627)
mrisher@aclunc.org
Nicole A. Ozer (CA SBN 228643)
nozer@aclunc.org
Christopher J. Conley (CA SBN 290747)
cconley@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street, 2nd Floor
San Francisco, California 94111
Tel.: (415) 621-2493
Fax: (415) 255-8437

ATTORNEYS FOR *AMICUS* AMERICAN CIVIL
LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

Nathan Freed Wessler
nwessler@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Fax: (212) 549-2654

ATTORNEYS FOR *AMICUS*
AMERICAN CIVIL LIBERTIES UNION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re telephone information needed for a criminal investigation | CASE No.: CR 14-90532 Misc NC<br><br>**Order Granting Leave To File Brief *Amici Curiae*** |

---

[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF            Page 1
*In re Telephone Information Needed for a Criminal Investigation,* Case No.: CR 14-90532 Misc NC

**ORDER**

Before the Court is the unopposed motion of the American Civil Liberties Union and the American Civil Liberties Union Foundation of Northern California for leave to file an *amici curiae* brief in support of the Federal Public Defender's brief in this matter.

Upon consideration of the papers, and good cause appearing, it is hereby ORDERED that the motion for leave to file an *amici curiae* brief is GRANTED.

IT IS SO ORDERED

Dated this 29th day of July, 2014.



[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF          Page 2
*In re Telephone Information Needed for a Criminal Investigation,* Case No.: CR 14-90532 Misc NC