# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | Case No. 14-xr-90532 NC<br><br>**ORDER**<br><br>Dkt. No. 8 |

The United States is granted leave to file a reply brief by August 8, 2014.

Dated:   July 29, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge